UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
    UNITED STATES OF AMERICA        :
                      -v.-              :    WAIVER OF INDICTMENT
    JOSE FREUNDT,                     :    S4 15 Cr. 769 (AJN)
              Defendant.     :
- - - - - - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 215, 371, 1343, 1349, 1960, & 2, being advised of the nature of the charges against him and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

*Gary Conroy*
Counsel for Defendant

Date:    New York, New York
         October 13, 2016

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/16
```