Case 1:15-cr-00769-AJN Document 808 Filed 05/08/23 Page 1 of 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/23

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
Fax No.:      (212) 637-2717
john.gura@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA            :

                                    :     STIPULATION AND ORDER
                                          OF WAGE ASSIGNMENT
            -v-                     :
                                          15 CR 0769-05 (AJN)

JOSE M. FREUNDT,                    :

            Defendant,              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

The United States of America, by its attorney DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, and JOSE M. FREUNDT, defendant, in the above-captioned case hereby stipulate and agree as follows

1.      A judgment was entered against defendant by the United States of District Court for the Southern District of New York on December 18, 2017, imposing a special assessment of $600.00, and restitution in the amount of $126,771.82.

2.      As of March 20, 2023, defendant's outstanding restitution balance is $128,452.00.

3.      The defendant consents to a wage assignment through his current employer at the rate of $350.00 (three hundred and fifty dollars) each month to be made by his employer

directly to the Clerk of the Court. The wage assignment payment shall start with the pay period during which defendant's employer receives this Order of Wage Assignment and will continue each pay period until the judgment balance is paid in full. The United States Attorney's Office for the Southern District of New York will conduct an annual review to determine if defendant's monthly payment should be increased based on defendant's completed financial disclosure statement and the documents accompanying that statement (tax returns, credit card billing statement, etc.).

4.  Payment shall be made by check or money order payable to the "Clerk of Court-SDNY," and mailed to: Clerk of the Court, United States Courthouse, 500 Pearl Street, New York, New York 10007, Attn: Cashier. Checks or money orders sent to the Clerk of the Court will include Mr. Freundt's name and the docket number of his case on the face of the check.

5.  The Government will file a lien to secure the court's judgment on any new property that defendant purchases. Defendant shall provide the United States Attorney Office's Financial Litigation Program – 86 Chambers Street, New York, New York 10007 – with information relating to a new purchase of property within thirty (30) days of closing.

6.  The District Court shall retain jurisdiction over this case for purposes of enforcing this stipulation.

U.S v Jose M. Freundt, 15 CR 0769-05 (AJN)

WHEREFORE, the parties joint request that the Court enter an Order declaring the United States' enforcement of the criminal judgment entered against defendant with ta voluntary wage assignment of defendant JOSE M. FREUNDT's paycheck as permitted by the Mandatory Victims Restitution Act. 18 U.S.C. §§ 3613, 3663A-3664.

AGREED AND CONSENTED TO:

**DAMIAN WILLIAMS**
United States Attorney for
Southern District of New York

By: _____     4/27/2023
JOHN E. GURA, JR.                        DATE
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
Fax No.:       (212) 637-2717

JOSE M. FREUNDT

By: _____     3/31/2023
JOSE M. FREUNDT                          DATE
8960 Shadyside Lane
Land O' Lake, FL 34637

SO ORDERED:

_____          May 8, 2023
UNITED STATES ~~DISTRICT JUDGE~~         DATE
        Circuit Judge, sitting by designation

U.S v Jose M. Freundt, 15 CR 0769-05 (AJN)